IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ALICIA TORRES,

           Defendant.

23-CR-6095 DGL

**INFORMATION**
(Felony)

**Violations:**
18 U.S.C. § 1343

---

## COUNT 1

**The United States Attorney Charges That:**

*[FILED MAY 31 2023 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

1.    Between in or about 2010 and in or about February 2023, in the Western District of New York and elsewhere, the defendant, ALICIA TORRES, did devise, and intend to devise, a scheme and artifice to defraud the Wegmans Food Market, Inc. (Wegmans) and to obtain money and property from Wegmans by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice, did transmit, and cause to be transmitted, writings, signs, signals, pictures, and sounds by means of wire communication in interstate and foreign commerce.

2.    Between in or about 2010 and in or about February 2023, the defendant was employed at Wegmans as a pharmacy technician in Webster, New York. While employed during that time, the defendant fraudulently processed approximately 350 credit card refund requests in customers' names with fictitious amounts and tricked the pharmacist on duty to sign off on and authorize the fraudulent refund requests.

3.    After the refund requests were approved, the defendant paid the refund amounts to herself by swiping her bank debit card in Wegmans' point of sale system, which transactions caused interstate wire communications from and to the Western District of New York.

4. Between in or about 2014 and in or about February 2024, the defendant fraudulently received $568,021.69 from Wegmans in refunds from the fraudulent refund requests.

5. Between in or about 2020 and in or about February 2023, the defendant also fraudulently used Wegmans gift cards to steal $10,922.17 from Wegmans.

**All in violation of Title 18, United States Code, Section 1343.**

DATED: Rochester, New York, May 31, 2023.

BY:
TRINI E. ROSS
United States Attorney

RICHARD A. RESNICK
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614